[No. 1170-2.   Division Two.   February 21, 1975.]

Lois June Thomas, *Respondent,* v. Johnny Edison Thomas, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 198974, Hardyn B. Soule, J., entered July 9, 1973. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Armstrong, C.J., and Petrie, J.

[No. 2488-1.   Division One.   February 24, 1975.]

I. Schreiber *et al., Appellants,* v. The City of Seattle *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 766531, Solie M. Ringold, J., entered July 5 and 27, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Swanson, J.

[No. 1012-3.   Division Three.   February 24, 1975.]

Paul Allen, *Appellant,* v. Quincy Truck and Implement Company *et al., Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 22157, B. J. McLean, J., entered November 2, 1973. *Affirmed in part and reversed in part* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1062-2.   Division Two.   February 26, 1975.]

The State of Washington, *Respondent,* v. David Joseph Smasal, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 43571, Oluf Johnsen, J., entered April 3, 1973. *Dismissed* by unpublished per curiam opinion.